DAVID A. HUBBERT
Acting Assistant Attorney General
ELISABETH K. KRYSKA, Trial Attorney
Maryland Bar No.: 2211280290
LAUREN A. DARWIT, Trial Attorney
Illinois Bar No.: 6323788
United States Department of Justice, Tax Division
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Telephone:  202-307-5892
Facsimile:   202-514-6770
E-mail: Lauren.A.Darwit@usdoj.gov

Attorneys for Movant
UNITED STATES OF AMERICA

Richard D. Robins, Esq, SBN 77923
Joseph P. Wohrle, SBN 143550
PARKER, MILLIKEN, CLARK,
O'HARA & SAMUELIAN
A Professional Corporation
555 South Flower Street, 30th Floor
Los Angeles, California 90071-2440
Telephone:  (213) 683-6500
Facsimile:   (213) 683-6669
jwohrle@pmcos.com

Attorneys for Respondent
RAMIREZ JIMENEZ INTERNATIONAL CPAS

# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA

# (SOUTHERN DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Movant,<br><br>      v.<br><br>RAMIREZ JIMENEZ INTERNATIONAL CPAS,<br><br>          Respondent. | Case No. 8:22-mc-00030-CJC (JDEx)<br><br>[In the pending action of *Celia R. Clark v. United States of America*, U.S. District Court for the Southern District of Florida, Case No. 9:21-cv-82056]<br><br>**STIPULATION RE TRANSFER OF UNITED STATES' MOTION TO COMPEL COMPLIANCE WITH THIRD- PARTY SUBPOENA TO ISSUING COURT (SOUTHERN DISTRICT OF FLORIDA) UNDER RULE 45(f)**<br><br>[Proposed Order submitted separately and concurrently] |

PARKER MILLIKEN
CLARK O'HARA &
SAMUELIAN, A
PROFESSIONAL
CORPORATION

STIPULATION RE TRANSFER OF MOTION TO COMPEL COMPLIANCE WITH SUBPOENA

By the signatures of their respective counsel below, Movant UNITED STATES OF AMERICA and Respondent, RAMIREZ JIMENEZ INTERNATIONAL CPAs ("RJI") (sometimes collectively, "Parties"), each hereby stipulate, as follows:

**RECITALS**

1. On May 27, 2022, the United States served a subpoena on RJI. The subpoena was issued in the pending action of *Celia R. Clark v. United States of America*, U.S. District Court for the Southern District of Florida, Case No. 9:21-cv-82056. Accordingly, the Southern District of Florida is the issuing Court.

2. On December 12, 2022, the United States filed a motion in the U.S. District Court for the Central District of California for an Order compelling RJI's compliance with the subpoena, set for hearing on January 19, 2023 at 10:00 a.m. in Courtroom 6A, the Hon. John D. Early, Magistrate Judge presiding.

3. RJI wishes for the Court in Southern District of Florida, as the issuing Court, to hear the motion, and the United States agrees to same.

NOW, THEREFORE, THE PARTIES, THROUGH THEIR UNDERSIGNED COUNSEL, EACH HEREBY STIPULATE:

**STIPULATION**

1. This Court, should it find it appropriate to do so, may order the United States' motion now pending in this Court to be transferred to the U.S. District Court for the Southern District of Florida, so that such motion may be heard in Case No. 9:21-cv-82056, and may make such other Orders consistent therewith.

2. RJI's opposition to such motion shall be filed in Southern District of Florida Case No. 9:21-cv-82056, within the time for its opposition and the date, time, and place of the hearing to be in accordance with the Local Rules of, and/or as otherwise ordered by, such Court. The motion now pending in this Court may be taken off calendar.

PARKER MILLIKEN
CLARK O'HARA &
SAMUELIAN, A
PROFESSIONAL
CORPORATION

4857-9312-8006

- 2 -

3.    The Parties each agree to execute and/or cause to be filed such other and further documents as may be reasonably needed to effectuate such transfer.

DATED: December 28, 2022      PARKER, MILLIKEN, CLARK,
                                               O'HARA & SAMUELIAN
                                        A Professional Corporation


                                        By:    _/s/ Joseph P. Wohrle_
                                                     JOSEPH P. WOHRLE

                                        Attorneys for Respondent
                                        RAMIREZ JIMENEZ INTERNATIONAL
                                        CPAS


DATED: December 28, 2022      DAVID A. HUBBERT
                                        Acting Assistant Attorney General


                                        By:    _/s/ Lauren A. Darwit_
                                                     LAUREN A. DARWIT
                                                     Trial Attorney, Tax Division

                                        Attorneys for Movant
                                        UNITED STATES OF AMERICA

PARKER MILLIKEN
CLARK O'HARA &
SAMUELIAN, A
PROFESSIONAL
CORPORATION

4857-9312-8006                              - 3 -
STIPULATION RE TRANSFER OF MOTION TO COMPEL COMPLIANCE WITH SUBPOENA