JS-6

**UNITED STATES DISTRICT COURT FOR THE**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Movant,<br><br>v.<br><br>RAMIREZ JIMENEZ INTERNATIONAL CPAS,<br><br>Respondent. | Case No. 8:22-mc-00030-CJC (JDEx)<br><br>[In the pending action of *Celia R. Clark v. United States of America*, U.S. District Court for the Southern District of Florida, Case No. 9:21-cv-82056]<br><br>**ORDER TRANSFERRING UNITED STATES' MOTION TO COMPEL COMPLIANCE WITH THIRD-PARTY SUBPOENA TO ISSUING COURT (SOUTHERN DISTRICT OF FLORIDA) UNDER RULE 45(f)**<br><br>[Stipulation filed concurrently herewith] |

Per the Parties' Stipulation, and for good cause shown,

The motion filed by Movant UNITED STATES OF AMERICA, now pending in this Court, set for hearing on January 19, 2023 at 10:00 a.m. in Courtroom 6A, for an Order compelling Respondent, RAMIREZ JIMENEZ INTERNATIONAL CPAs ("RJI") to comply with a subpoena served on RJI shall be, and hereby is, ORDERED transferred to the issuing Court, the U.S. District Court for the Southern District of Florida, so that such motion may be heard in the

pending action of *Celia R. Clark v. United States of America*, Case No. 9:21-cv-82056 under Rule 45(f).

RJI's opposition to such motion shall be filed in Southern District of Florida Case No. 9:21-cv-82056, with the time for its opposition and the date, time, and place of the hearing to be in accordance with the Local Rules of, and/or as otherwise ordered by, such Court.

The motion now pending in this Court shall be taken off calendar.

The Parties are ORDERED to execute and/or cause to be filed such other and further documents as may be reasonably needed to effectuate such transfer.

The Clerk is directed to take any and all acts reasonably needed to effectuate such transfer.

IT IS SO ORDERED.

DATED: December 28, 2022

_____
JOHN D. EARLY
United States Magistrate Judge

ORDER TRANSFERRING MOTION TO COMPEL