ACCO,(JDEx),CLOSED,DISCOVERY,TRANSFERRED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA (Southern Division – Santa Ana)
# CIVIL DOCKET FOR CASE #: 8:22–mc–00030–CJC–JDE

| | |
|---|---|
| United States of America v. Ramirez Jimenez International CPAs | Date Filed: 12/12/2022 |
| Assigned to: Judge Cormac J. Carney | Date Terminated: 12/28/2022 |
| Referred to: Magistrate Judge John D. Early | Jury Demand: None |
| Case in other court:  Southern District of Florida, 9:21–cv–82056 | Nature of Suit: 890 Other Statutory Actions |
| Cause: Civil Miscellaneous Case | Jurisdiction: U.S. Government Plaintiff |

**Movant**

United States of America         represented by   **Elisabeth Katheryne Kryska**
US Department of Justice Tax Division
P.O. box 7238 Ben Franklin Station
Washington, DC 20044
202–305–6717
Fax: 202–514–6770
Email: elisabeth.k.kryska@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lauren Darwit**
US Department of Justice
1275 1st Street NE Room 10828
Washington, DC 20002
202–307–5892
Fax: 202–514–6770
Email: lauren.a.darwit@usdoj.gov
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

Ramirez Jimenez International CPAs         represented by   **Joseph P Wohrle**
Parker Milliken Clark O'Hara and Samuelian
555 South Flower Street 30th Floor
Los Angeles, CA 90071–2440
213–683–6500
Fax: 213–683–6669
Email: jwohrle@pmcos.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/12/2022 | 1 | MOTION RELATED TO A SUBPOENA FROM ANOTHER DISTRICT No Fee Required – US Government, filed by Movant UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit, # 2 Proposed Order) (Attorney Elisabeth Katheryne Kryska added to party UNITED STATES OF AMERICA(pty:mov))(Kryska, Elisabeth) (Entered: 12/12/2022) |

| 12/13/2022 | 2 | NOTICE OF ASSIGNMENT to District Judge Cormac J. Carney and Magistrate Judge John D. Early. (lh) (Entered: 12/13/2022) |
|---|---|---|
| 12/13/2022 | 3 | NOTICE OF HEARING on MOTION RELATED TO A SUBPOENA FROM ANOTHER DISTRICT by Clerk of Court. Counsel is hereby notified that the MISC – Motion Related to Subpoena from Another District, 1 is set for hearing. Hearing regarding Motion to Withdraw Reference (Complaint) set for 1/5/2023 10:00 AM before Magistrate Judge John D. Early. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (lh) TEXT ONLY ENTRY (Entered: 12/13/2022) |
| 12/14/2022 | 4 | MINUTE (In Chambers) Scheduling Order re Motion to Compel by Magistrate Judge John D. Early, re: Motion Related to Subpoena from Another District 1 . In order to provide time for service of the Motion upon Respondent, the Court CONTINUES the hearing to January 19, 2023, at 10:00 a.m. at the same location. Movant is ordered to properly serve the Motion and this Order upon Respondent and provide proof of such service within seven (7) days from the date of this Order. Any opposition papers shall be filed by December 29, 2022. Any optional reply shall be filed by January 5, 2023. (see document for further details) (hr) (Entered: 12/14/2022) |
| 12/15/2022 | 5 | PROOF OF SERVICE filed by Movant United States of America, re MISC – Motion Related to Subpoena from Another District, 1 served on 12/13/2022. (Kryska, Elisabeth) (Entered: 12/15/2022) |
| 12/28/2022 | 6 | Notice of Appearance or Withdrawal of Counsel: for attorney Lauren Darwit counsel for Movant United States of America. Adding Lauren A. Darwit as counsel of record for United States of America for the reason indicated in the G–123 Notice. Filed by Movant United States of America. (Attorney Lauren Darwit added to party United States of America(pty:mov))(Darwit, Lauren) (Entered: 12/28/2022) |
| 12/28/2022 | 7 | STIPULATION for Order Transferring US' Motion to Compel with Third–Party Subpoena to Issuing Court filed by Respondent Ramirez Jimenez International CPAs. (Attachments: # 1 Proposed Order)(Attorney Joseph P Wohrle added to party Ramirez Jimenez International CPAs(pty:res))(Wohrle, Joseph) (Entered: 12/28/2022) |
| 12/28/2022 | 8 | ORDER TRANSFERRING UNITED STATES' MOTION TO COMPEL COMPLIANCE WITH THIRDPARTY SUBPOENA TO ISSUING COURT (SOUTHERN DISTRICT OF FLORIDA) UNDER RULE 45(f) by Magistrate Judge John D. Early. ORDERED transferred to the issuing Court, the U.S. District Court for the Southern District of Florida, so that such motion may be heard in the pending action of Celia R. Clark v. United States of America, Case No. 9:21–cv– 82056 under Rule 45(f). RJIs opposition to such motion shall be filed in Southern District of Florida Case No. 9:21–cv–82056, with the time for its opposition and the date, time, and place of the hearing to be in accordance with the Local Rules of, and/or as otherwise ordered by, such Court. The motion now pending in this Court shall be taken off calendar. Case transferred electronically. (MD JS–6. Case Terminated.) (et) (Entered: 12/28/2022) |