# PARKER MILLIKEN
### ——— *100 YEARS - EST. 1913* ———

### PARKER, MILLIKEN, CLARK, O'HARA & SAMUELIAN
A PROFESSIONAL CORPORATION

JOSEPH P. WOHRLE

Direct Dial: (213) 683-6530
E-mail: JWOHRLE@PMCOS.COM

December 29, 2022

FILED BY⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯D.C.

JAN 03 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**<u>VIA FEDEX OVERNIGHT DELIVERY</u>**
Ms. Angela E. Noble
Court Administrator - Clerk of Court
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida 33128-7716

Re:  *United States of America v. Ramirez Jimenez International CPAs*
Southern District of Florida Case No. 9:22-mc-81985

*Clark v. United States, et. al.*
Southern District of Florida Case No. Case No. 9:21-CV-82056

Dear Ms. Noble:

Thank you for your December 29 letter and, especially, the guidance you provided relative to *pro hac vice* admission. It was always my intention to apply for *pro hac vice* admission. However, we were under the impression that under Federal Rule of Civil Procedure 45(f), upon transfer of the United States' motion to compel compliance with the subpoena served on our (non-party) client, Ramirez Jimenez International ("RJI"), we would be entitled to appear in the Southern District of Florida for proceedings relating to the motion. Rule 45(f) says that where, as here, a subpoena-related motion is transferred "to the issuing court" (*i.e.*, the Southern District of Florida), "if the attorney for a person subject to a subpoena is authorized to practice in the court where the motion was made, the attorney may file papers and appear on the motion as an officer of the issuing court." I am admitted in the Central District of California, where the United States' motion was originally filed.

Since, under Southern District of Florida Local Rule 7.2, RJI's opposition to the United States' motion is due January 11, 2023, we may not be able to arrange for *pro hac vice* admission in time to file RJI's opposition, especially with an intervening holiday. We were anticipating being able to file RJI's opposition and appear at any hearing on the motion under the above-quoted provision of Rule 45(f).

**PARKER MILLIKEN**
— *100 YEARS - EST. 1913* —
Attorneys at Law

Ms. Angela E. Noble
Court Administrator - Clerk of Court
United States District Court
Southern District of Florida
December 29, 2022
Page 2

Accordingly, although we will expeditiously apply for *pro hac vice* admission, we request that I be permitted to file RJI's opposition and appear at any hearing on the motion notwithstanding the lack of *pro hac vice* admission. Alternatively, the Court may wish to extend the time for RJI to file its opposition, so that *pro hac vice* admission can be accomplished beforehand. To that end, we respectfully provide a copy of this correspondence to the Court.

We thank you and, to the extent it may become involved, the Court, for consideration of our request.

Best New Year's wishes to all.

Very truly yours,

Joseph P. Wohrle
PARKER, MILLIKEN, CLARK,
O'HARA & SAMUELIAN

cc:    The Honorable Aileen M. Cannon, U.S. District Judge (via FedEx overnight delivery)
Lauren A. Darwit, Esq. (via email, lauren.a.darwit@usdoj.gov)
Derick Vollrath, Esq. (via email, dvollrath@mnrlawfirm.com)
Jeffrey Neiman, Esq. (via email, jneiman@mnrlawfirm.com)
Richard D. Robins, Esq.



CLERK, ANGELA E. NOBLE, COURT ADMIN
USDC - SOUTHERN DISTRICT OF FLORIDA
400 NORTH MIAMI AVENUE

MIAMI FL 33128
(305) 523-5100
INV:
PO:

REF: 10194.0001

DEPT:

U.S.M.S.
INSPECTED
BY: _____

FedEx Express

FedEx
TRK# 7709 0850 3004
0201

X1 MPBA

FRI – 30 DEC 8:00A
FIRST OVERNIGHT

ASR
33128
FL-US   MIA
EXP 11/23

#4835445  12/29  581J5/C8CF/FE2D

581.5/C8CF/FE2D

FedEx First Overnight®

151969 REV 3/21

FedEx First Overnight®

Align bottom of peel-and-stick air